UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH AND WELFARE TRUST FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, CARPENTERS PENSION FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CARPENTERS INTERNATIONAL TRAINING FUND, CARPENTERS LABOR MANAGEMENT, EDUCATION, AND DEVELOPMENT FUND, CARPENTERS INDUSTRY ADVANCEMENT FUND, McLEAN AND LIVINGSTON COUNTY CONSTRUCTION COUNCIL, INC., TRI COUNTY CONSTRUCTION LABOR-MANAGEMENT COUNCIL (TRICON), MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, CARPENTERS LOCAL 63, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) 05-3202 |
| | ) |
| VP CONSTRUCTION DIVERSIFIED, INC., a New York Corporation, | ) ) |

1

|  |  )  |
|---|---|
| Defendant. | ) |

## OPINION

RICHARD MILS, U.S. District Judge:

The Court now considers Plaintiffs' Motion for Default Judgment. Upon reviewing the motion and other pleadings, the Court finds that an Order of default was been properly entered by United States Magistrate Judge Charles E. Evans on November 3, 2005.  <u>See</u> d/e 6.  Thus, the Court orders:

    1.  Judgment entered in favor of the Plaintiffs and against the Defendant for delinquent contributions for the months of September 2004 and October 2004 in the amount of $5,220.80;

    2.  Judgment entered in favor of the Plaintiffs and against the Defendant in the amount of $1,044.16 for penalties and interest incurred as a result of continuous late reporting of contributions for the months of September 2004 and October 2004;

    3.  Defendant must produce contribution reporting forms to Plaintiffs for the months of November 2004 and December 2004;

4.  Defendant must pay Plaintiffs attorney fees in the amount of $1,927.25, as provided by the trust agreements and ERISA, 29 U.S.C. Section 1132(g)(2).

Although Plaintiffs have also asked that Defendant be ordered to pay all costs attendant to these proceedings, Plaintiffs have not stated what those costs are.  Accordingly, the Court gives Plaintiffs leave to submit a bill of costs.  If Plaintiffs elect to submit a bill of costs, they must file it by December 2, 2005.

<u>Ergo</u>, Plaintiffs' Motion for Default Judgment (d/e 8) is ALLOWED.

IT IS SO ORDERED.

ENTER:  November 23, 2005

FOR THE COURT:                                  s/ Richard Mills
                                                United States District Judge